UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-CV-60089-DIMITROULEAS/SNOW

GULBIN DEGIRMENCI,

    Plaintiff,

vs.

SAPPHIRE—FORT LAUDERDALE, LLLP, a
Florida limited liability limited partnership;
ALTMAN SAPPHIRE GP, LLC; REGIONS
FINANCIAL CORPORATION, a Delaware
corporation; THE PREMIER SALES GROUP,
INC., a Florida licensed real estate corporation;
THE GALLERIA COLLECTION, INC., a Florida
licensed real estate corporation d/b/a GALLERIA
COLLECTION OF FINE HOMES; and, MICHAEL
KENT LICHTENFELD,

    Defendants.

_____/

### DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Defendants, SAPPHIRE—FORT LAUDERDALE, LLLP ("Sapphire"), ALTMAN SAPPHIRE GP, LLC ("GP"), REGIONS FINANCIAL CORPORATION ("Regions"), and THE PREMIER SALES GROUP, INC. ("Premier") (collectively, the "Defendants"), by and through their undersigned attorneys, hereby respond to the Court's Order to Show Cause [D.E. 108] (the "Order").

    1.    On December 11, 2009, the Court entered the Order requiring the Defendants and Plaintiff, GULBIN DEGIRMENCI ("Ms. Degirmenci"), to show cause why Ms. Degirmenci's Responses to the Defendants' pending motions to dismiss (collectively, the "Responses") [D.E. 97, 98, 100, and 103] should not be stricken for her repeated failure to comply with the Local

Rules of the Southern District of Florida and its Orders.

2. The Defendants are aware of no reason why the Responses should not be stricken. *See, generally, Williams Island Synagogue, Inc. v. City of Aventura*, 329 F. Supp. 2d 1319, 1323 n. 6 (S.D. Fla. 2004)(the Court is permitted to strike, *sua sponte*, any filings which fail to comply with the Local Rules); *see also* S.D. Fla. L.R. 7.1(C)(failure to file a timely response to a motion is sufficient cause for granting the motion by default). In light of Ms. Degirmenci's repeated failures to comply with the Local Rules, the Defendants do not oppose the Court's granting any relief it deems just and proper.

3. Should the Court elect not to strike the Responses, the Defendants' respective replies (the "Replies") would all be due by Thursday, December 17, 2009.

4. Given that the Court's ruling on the Order will determine the legal and procedural significance of the Responses, it would be imprudent of the Defendants to preemptively file their Replies in accordance with the existing deadlines, i.e., prior to the expiration of the December 18, 2009 deadline set forth in the Order.

5. Accordingly, in the event the Responses are not stricken, the Defendants hereby request that they be allowed an extension of time to file their Replies until three (3) days after the Court issues a ruling upon the Order.[1]

WHEREFORE, Defendants, SAPPHIRE—FORT LAUDERDALE, LLLP, ALTMAN SAPPHIRE GP, LLC, REGIONS FINANCIAL CORPORATION, and THE PREMIER SALES GROUP, INC., respectfully request that the Court grant such relief as it deems just and proper in connection with the Order, as well as an extension of time within which to file their respective Replies, if necessary, as set forth above.

---

[1] Naturally, should the Court elect to strike any or all of the Responses, no Reply shall be filed in opposition to any stricken Response.

Respectfully submitted,

EGOZI & BENNETT, P.A.
*Counsel for the Defendants*
2999 NE 191st Street
Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

By: _____
Joseph H. Rose
Florida Bar No. 56970
jrose@egozilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail through the CM/ECF system this 15th day of December, 2009 upon William D. Tucker, The Law Offices of William D. Tucker, P.A., 726 Northeast Second Avenue, Fort Lauderdale, Florida 33304.

_____
Joseph H. Rose