UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 09-CV-60089-DIMITROULEAS

GULBIN DEGIRMENCI,
    Plaintiff,                                              Magistrate Judge Snow

vs.

SAPPHIRE - FORT LAUDERDALE, LLLP, a Florida limited liability limited partnership; ALTMAN SAPPHIRE GP, LLC; and REGIONS FINANCIAL CORPORATION, A Delaware Corporation,
    Defendants.                                            **PLAINTIFF'S NOTICE OF**
_____ /        **SETTLEMENT**

    Plaintiff notifies the Court that on May 13, 2010, the Plaintiff and all Defendants agreed to an amicable resolution of all claims and that the parties are in the process of reducing the terms to writing and will submit within fourteen days a joint stipulation for dismissal with prejudice.

    Respectfully Submitted,

**s/ William D. Tucker, Esq. (Fla. Bar #865753)**
E.  wdtucker.attorney@gmail.com
The Law Offices of William D. Tucker, P.A.
2805 East Oakland Park Blvd., #386
Fort Lauderdale, FL   33306
DIRECT LINE: 954-328-1129
Counsel for Plaintiff

    I HEREBY CERTIFY that: I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, this May 14, 2010.

**s/William D. Tucker, Esq. (Fla. Bar #865753)**
E.   wdtucker.attorney@gmail.com

*Degirmenci v. Sapphire - Fort Lauderdale, LLLP, et al.*
Case No.  09-CV-60089-Dimitrouleas-Snow
Plaintiff''s Notice of Settlement
Page 2 of 2

# SERVICE LIST

| | |
|---|---|
| William D. Tucker, Esq. | Bernard Lewis Egozi |
| E.  Wdtucker.attorney@gmail.com | E  begozi@egozilaw.com |
| The Law Offices of William D. Tucker, P.A. | Egozi & Bennett P A |
| 2805 East Oakland Park Blvd., # 286 | 2999 NE 191st St, Ste 407 |
| Fort Lauderdale, FL   33306 | Aventura, Florida 33180-3116 |
| DIRECT LINE: 954-328-1129 | Phone:  305-931-3000 |
| Counsel for Plaintiff | Fax:  305-931-9343 |
| Electronic Service | Attorney for Defendants |
| | Electronic Service |

E:\__A\Degirmenci\Sapphire\__SETTLEMENT\2010 05-14-2010 PLAINTIFF'S NOTICE OF SETTLEMENT.wpdMs. Degirmenci